**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the representative of a class of similarly situated persons,

               Plaintiff,

- against -

TIP TOP COCKTAILS INC.,

               Defendants.
-----------------------------------------------------------X

Case No.   1:22-cv-5752-EK-PK

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Tip Top Cocktails Inc.

Dated:  Scarsdale, New York
         December 5, 2022

                                    SHAKED LAW GOUP, P.C.
                                    Attorneys for Plaintiff

                             By: */s/Dan Shaked*
                               Dan Shaked, Esq.
                               14 Harwood Court, Suite 415
                               Scarsdale, NY 10583
                               Tel. (917) 373-9128
                               e-mail: ShakedLawGroup@Gmail.com